# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By CAsbell at 12:19 pm, Mar 23, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number 4:19-cr-108 |
| v. ) | |
| ) | |
| JOANNA MICHIELSEN ) | |

## ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, without prejudice, the indictment is GRANTED.

The indictment is hereby dismissed without prejudice.

So ORDERED, this 23rd day of March 2020.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA